UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  21-24351-CIV-MARTINEZ-BECERRA**

ANTWANETTE L. PERRY,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.
TRANSUNION, LLC., and LEXISNEXIS RISK
DATA MANAGEMENT, INC.,

      Defendants.

_____/

## <u>ORDER ON NOTICE OF SETTLEMENT</u>

THIS CAUSE came before the Court upon the Plaintiff and Defendant Trans Union, LLC's Notice of Settlement as to Defendant Trans Union, LLC Only, (ECF No. 44), and Judge Becerra's Paperless Minute Entry, (ECF No. 47), stating that Judge Becerra held a settlement conference on February 8, 2022, and the case settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1.      The parties shall file either a Notice of Dismissal (if the Defendants did not serve an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before <u>March 9, 2022</u>**.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

2.      If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice and without any further warning.

3.      The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.      The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.  This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of February, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record