UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-24351-CIV-MARTINEZ-BECERRA**

MARILYN CASTRO,

    Plaintiff,

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice.  (ECF No. 14).  It is hereby

**ORDERED AND ADJUDGED** that

1. This action is **DISMISSED with prejudice**.

2. This case is **CLOSED**.

3. Each party shall bear their own attorney's fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of February, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record